1   BRIAN J. STRETCH (CABN 16373)
    United States Attorney

2

  BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   THOMAS A. COLTHURST  (CABN 99493)
    Assistant United States Attorney

5

     450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
     Telephone: (415) 436-7223
7     FAX: (415) 436-7234
     tom.colthurst@usdoj.gov

8

  Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,     )   NO. 91-CR-00580-CAL
                            )
14        Plaintiff,            )   NOTICE OF DISMISSAL
                            )
15     v.                     )
                            )
16   VICTOR BRIGNARDELLO,       )
                            )
17        Defendant.          )
                            )
18                             )
                            )
19                             )

20

21

22

23       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

24   States Attorney for the Northern District of California dismisses the above indictment as to the

25   following defendant (and only this defendant), and moves that the Court quash the arrest warrant

26   ////

27   ////

28   ////

1 | for this defendants issued in connection with this case:  Victor Brignardello (defendant 1).

2 | DATED: September 25, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

BARBARA J. VALLIERE
Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 91-cr-00580-CAL

1

ORDER

2      Leave is granted to the government to dismiss the indictment as to the following defendant:

3  Victor Brignardello (defendant 1). It is further ordered that the arrest warrant for this defendant issued

4  in connection with this case is quashed.

5

6  *9/28/17*

7  Date: _____

                                                           _____

8                                            THE HONORABLE EDWARD M. CHEN
                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
Case No. 91-cr-00580-CAL